IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROBERT PETERS**                                                                      **PLAINTIFF**

V.                                              **2:23CV00135 JM**

**SOUTHEAST ARKANSAS BEHAVIORAL
HEALTHCARE SYSTEM, INC.**                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendant and against the Plaintiff.

IT IS SO ORDERED this 26th day of February, 2025.

_____
James M. Moody Jr
United States District